Jonathan LOLLEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 334, 2015

Supreme Court of Delaware.

Submitted: January 27, 2016
Decided: February 4, 2016

AFFIRMED.

In the MATTER OF a Member of the Bar of the Supreme Court of Delaware: Timothy P. CAIRNS, Respondent.

No. 34, 2016

Supreme Court of Delaware.

Submitted: January 29, 2016
Decided: February 5, 2016

Transferred to Disability Inactive Status.

James COLEMAN, Defendant
Below–Appellant,

v.

State of DELAWARE, Plaintiff
Below–Appellee.

No. 592, 2015

Supreme Court of Delaware.

Submitted: December 16, 2015
Decided: February 5, 2016
Reargument Denied February 19, 2016

AFFIRMED.

Shawn HEATH, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 556, 2015

Supreme Court of Delaware.

Submitted: February 2, 2016
Decided: February 5, 2016

DISMISSED.